IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY NEWMAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
ONASSIS BATISTA,

    Defendants.

No. C 16-06477 WHA

**ORDER DENYING AS MOOT MOTION TO DISMISS**

On August 1, defendants United States of America and Onassis Batista, filed a motion to dismiss (Dkt. No. 32). On August 15, plaintiff Jeremy Newman filed an amended complaint (Dkt. No. 39), and on August 21 defendants requested that, in light of the amended complaint, their motion to dismiss be denied as moot (Dkt. No. 42). Defendants' request is **GRANTED**. Its motion to dismiss is **DENIED AS MOOT** and the hearing on that motion is **HEREBY VACATED**.

**IT IS SO ORDERED.**

Dated: August 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE