IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY NEWMAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
ONASSIS BATISTA,

    Defendants.

No. C 16-06477 WHA

**ORDER DENYING CONTINUANCE**

On September 11, the day before his opposition was due, plaintiff Jeremy Newman filed a stipulation to continue the hearing and briefing schedule on defendants United States of America and Onassis Batista's motion to dismiss to facilitate settlement talks. The continuance is **DENIED**. Newman has until Monday September 18 to file his opposition. Defendants shall file any reply by Monday September 25.

**IT IS SO ORDERED.**

Dated: September 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE